**Aubrey J. EL, Plaintiff—Appellant,**

v.

**Commonwealth of VIRGINIA, Department of Social Services, Ex Rel Margo El, Anthony Conyers, Jr., Commissioner for the Commonwealth of Virginia Department of Social Services; Nathaniel L. Young, Jr., Individually and in his Official Capacity as Director of the Commonwealth of Virginia Department of Social Services, Division of Child Support Enforcement, Defendants—Appellees.**

No. 06–1352.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 25, 2006.

Decided: July 31, 2006.

Aubrey J. El, Appellant Pro Se. Judith Williams Jagdmann, James Walter Hopper, Edward Meade Macon, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before WILLIAMS, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Aubrey J. El appeals the district court's orders denying his 42 U.S.C. § 1983 (2000) action and his motions for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *El v. Commonwealth of Va.,* No. 3:05–cv–00648–REP (E.D.Va. Feb. 10, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*